UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff(s),                **ORDER**

   - against -                            19 Civ. 9196 (NSR)

LASALA, SR.,

                Defendant(s).

-----------------------------------------------------------X

Román, D.J.:

        Pursuant to the parties' request, the Court adjourns *sine die* the Initial Pre-trial Conference scheduled for December 17, 2019. The Court will sign the Scheduling Order and issue an Order of Reference to Magistrate Judge Paul E. Davison for general pretrial purposes. The parties are directed to inform Judge Davison in writing as to the status of this case within seven (7) business days. Clerk of the Court requested to terminate the motion (doc. 9).

                                                          SO ORDERED.

Dated:      White Plains, New York
               December 13, 2019

                                                   Nelson S. Román, U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/19